IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| The United States of America, *ex rel.* Dr. Michael Mayes, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>Berkeley Heartlab, Inc., Quest Diagnostics Inc., BlueWave Healthcare Consultants, Inc., Health Diagnostic Laboratory, Inc., and Singulex, Inc., <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CA No.: 9:11-cv-01593-RMG |

## ORDER AS TO DEFEDANT HEALTH DIAGNOSTICS LABORATORY, INC.

Having received notice pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(2) and (4), that the United States has elected to intervene in part in this action for the purpose of effectuating a settlement agreement ("the Settlement Agreement") between the United States, defendant Health Diagnostic Laboratory, Inc. ("HDL") and relator Dr. Michael Mayes ("Relator"), and has declined to intervene with respect to Relator's allegations against HDL asserted on behalf of the United States that are not covered by the Settlement Agreement; and

The United States and Relator having filed a Joint Stipulation of Dismissal of Only Defendant HDL, pursuant to Fed. R. Civ. P. 41(a),

IT IS HEREBY ORDERED that:

1.　Relator's False Claims Act claims against HDL that are based on the Covered Conduct as defined in Recitals Paragraph D of the Settlement Agreement are dismissed with prejudice as to Relator and to the United States, pursuant to and consistent with the Settlement Agreement; and

2.  The remaining claims asserted by Relator against HDL are dismissed with prejudice to Relator and without prejudice to the United States.

SO ORDERED this 2nd day of June, 2015.

Hon. Richard M. Gergel
United States District Court Judge for the
District of South Carolina

2