IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC
2015 JUN -5  A 11: 47

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel.* Scarlett Lutz and Kayla Webster,<br><br>Plaintiffs,<br><br>vs.<br><br>Health Diagnostic Laboratory, Inc., Singulex, Inc., Laboratory Corporation of America Holdings, Bluewave Healthcare Consultants, Inc., Latonya Mallory, Philippe J. Goix, PhD, Floyd Calhoun Dent, III and Robert Bradford Johnson,<br><br>Defendants. | CA No.: 9:14-cv-00230-RMG |
| The United States of America, *ex rel.* Dr. Michael Mayes,<br><br>Plaintiffs,<br><br>vs.<br><br>Berkeley Heartlab, Inc., Quest Diagnostics Inc., BlueWave Healthcare Consultants, Inc., and Health Diagnostic Laboratory, Inc.,<br><br>Defendants. | CA No.: 9:11-cv-01593-RMG |

## ORDER

Having considered the United States' Unopposed Motion to Consolidate, the motion is

**GRANTED**. The Court finds that Civil Action Nos. 9:11-cv-1593-RMG and 9:14-cv-230-RMG

involve common questions of law and fact and consolidation would promote judicial economy

and therefore should be consolidated. *See* Fed. R. Civ. P. 42(a). The later-filed case in this

Court, No. 9:14-cv-230-RMG, will be the lead case. This consolidation is for ease of docketing only and does not reflect any substantive ruling by the Court regarding the two cases. It is

FURTHER ORDERED that all future filings in these cases be made in the lead case only and that the caption contain the case number "9:14-cv-230-RMG" and on the next line "(Consolidated with 9:11-cv-1593-RMG)"; and it is

FURTHER ORDERED that, as a result of this consolidation, case number 9:11-cv-1593-RMG is hereby ADMINISTRATIVELY CLOSED.

SO ORDERED this 5th day of June, 2015.

RICHARD M. GERGEL
United States District Judge
Columbia, South Carolina